**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re:

COLDEN GARDEN CONDOMINIUM
INC.

                                                Case No. 08-42333-ess

Debtor.                                        Chapter 7
-----------------------------------------------------x

**AFFIRMATION OF ALLEN BODNER, ESQ.**

ALLEN BODNER, an attorney admitted to practice law before the New York State courts, affirms the following to be true under the penalties of perjury:

1. I am an attorney, and submit this affirmation to provide the Court with exhibits relevant to the Trustee and Creditors' Joint Motion to Dismiss the Chapter 7 Petition, or, in the alternative, to Lift the Automatic Stay.

2. Attached as Exhibit A is the Complaint in the related Adversary Proceeding filed November 20, 2008.

3. Attached as Exhibit B is Debtor's Voluntary Chapter 7 Petition.

4. Attached as Exhibit C is a Notice of Non-Renewal of the Directors and Officers Insurance Policy addresses to Colden Garden Condominium.

5. Attached as Exhibit D are the Tax Returns of Debtor and Plaintiffs.

6. Attached as Exhibit E are excerpts from the Deposition of Ziming Shen.

7. Attached as Exhibit F is Creditors' Motion to Resolve the Disputed Election, or in the alternative, to Dismiss the Petition filed June 12, 2008 as Docket Entry # 18.

8. Attached as Exhibit G is the Court's Order Resolving Dispute Set Forth in the Report of the United States Trustee Election Controversy and Determining and Certifying Mark Frankel as Permanent Chapter 7 Trustee filed August 15, 2008 as Docket Entry # 25.

Dated: New York, New York
April 18, 2011

/s/ Allen Bodner
Allen Bodner, Esq.