UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------X

In re:

COLDEN GARDEN CONDOMINIUM, INC.,　　　　　　　Chapter 7
　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 08-42333-ess

　　　　　　　Debtor.

----------------------------------------------X

BOARD OF MANAGERS OF COLDEN
GARDEN CONDOMINIUM, C.G.
CONDOMINIUM MANAGEMENT, INC.,

　　　　　　　Plaintiff,　　　　　　　　　　　　　Adv. Pro. No. 08-1418-ees

　　-against-

PATRICK KENNEY, CECELIA
KENNEY, MARK FRANKEL, AS
CHAPTER 7 TRUSTEE OF COLDEN
GARDEN CONDOMINIUM, INC., and
ALLEN BODNER, ESQ.,

　　　　　　　Defendants.

----------------------------------------------X

### STIPULATION OF DISCONTINUANCE

Pursuant to Federal Rule of Civil Procedure 41, Debtor, COLDEN GARDEN CONDOMINIUM, INC. ("Debtor"), and Board of Managers of Colden Garden Condominium, C.G. CONDOMINIUM MANAGEMENT, INC., who appeared in this Chapter 7 Matter by Robert J. Spence, Esq., MARK FRANKEL, AS CHAPTER 7 TRUSTEE OF COLDEN GARDEN CONDOMINIUM, INC., and PATRICK KENNEY and CECELIA KENNEY, the sole Creditors, who appeared in this matter by Allen Bodner, Esq. hereby stipulate to the voluntary discontinuance and dismissal of this Chapter 7 Matter with prejudice.

The Adversary Proceeding was settled on December 14, 2011, which the Court so ordered on December 21, 2011, and a Stipulation of Discontinuance with prejudice was filed on January 12, 2012.

1

Richard J. McCord, Esq.
*Attorney for Debtor*

By:_____
Richard J. McCord, Esq.
Certilman, Balin, Adler & Hyman
90 Merrick Avenue, 9th Floor
East Meadow, New York 11554
(516) 296-7000

Robert J. Spence, Esq., Spence Law Office, P.C.
*Attorney for Colden Garden Condominium Management, Inc. and Board of Managers of Colden Garden Condominium*

By:_____
Robert J. Spence, Esq.
The Spence Law Firm
500 North Broadway
Jericho, New York 11753
(516) 336-2060

Mark Frankel, Esq.
*As Chapter 7 Trustee of Colden Garden Condominium, Inc.*

By:_____
Mark Frankel, Esq.
Backenroth, Frankel & Krisky
489 Fifth Avenue
New York, New York 10017
(212) 593-1100

Allen Bodner, Esq.
*Attorneys for Creditors Patrick Kenney and Cecilia Kenney*

By:_____
Allen Bodner, Esq.
45 Broadway, 25th Floor
New York, New York 10006
(212) 344-5633

Richard J. McCord, Esq.
*Attorney for Debtor*

By: _____/s/ Richard J. McCord/_____
    Richard J. McCord, Esq.
    Certilman, Balin, Adler & Hyman
    90 Merrick Avenue, 9th Floor
    East Meadow, New York 11554
    (516) 296-7000

Robert J. Spence, Esq., Spence Law Office, P.C.
*Attorney for Colden Garden Condominium Management, Inc.* and Board of Managers of Colden Garden Condominium

By: _____/s/ Robert J. Spence/_____
    Robert J. Spence, Esq.
    The Spence Law Firm
    500 North Broadway
    Jericho, New York 11753
    (516) 336-2060

Mark Frankel, Esq.
*As Chapter 7 Trustee of Colden Garden Condominium, Inc.*

By: _____
    Mark Frankel, Esq.
    Backenroth, Frankel & Krisky
    489 Fifth Avenue
    New York, New York 10017
    (212) 593-1100

Allen Bodner, Esq.
*Attorneys for Creditors*
*Patrick Kenney and*
*Cecilia Kenney*

By: _____
    Allen Bodner, Esq.
    45 Broadway, 25th Floor
    New York, New York 10006
    (212) 344-5633

Richard J. McCord, Esq.
*Attorney for Debtor*

By:_____
Richard J. McCord, Esq.
Certilman, Balin, Adler & Hyman
90 Merrick Avenue, 9th Floor
East Meadow, New York 11554
(516) 296-7000

Robert J. Spence, Esq.
*Attorney for Colden Garden Condominium Management, Inc.*

By:_____
Robert J. Spence, Esq.
The Spence Law Firm
500 North Broadway
Jericho, New York 11753
(516) 336-2060

Mark Frankel, Esq.
*As Chapter 7 Trustee of Colden Garden Condominium, Inc.*

By: /s/ Mark Frankel
Mark Frankel, Esq.
Backenroth, Frankel & Krisky
489 Fifth Avenue
New York, New York 10017
(212) 593-1100

Allen Bodner, Esq.
*Attorneys for Creditors Patrick Kenney and Cecilia Kenney*

By:_____
Allen Bodner, Esq.
45 Broadway, 25th Floor
New York, New York 10006
(212) 344-5633

SO ORDERED:

Dated: Brooklyn, New York
       September    , 2012

                                      Elizabeth S. Stong
                              United States Bankruptcy Judge